JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
Gregory Simpson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 06-97 AWI |
| vs. | |
| Gregory Simpson | ORDER TO CONTINUE |
| Defendant. | |

    Defendant Gregory Simpson by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KEVIN A. ROONEY, Assistant U.S. Attorney, hereby stipulate to the following joint request:

    That the sentencing hearing scheduled for August 8, 2011 be continued to September 19, 2011 at 9:00 am.  The continuance is requested to permit the completion of the probation interview,

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

which has been delayed by the inability of counsel to attend, due to illness.

DATED: June 28, 2011

| /s/ James R. Homola | /S/ Kevin A. Rooney |
|---|---|
| JAMES R. HOMOLA | KEVIN A. ROONEY |
| Attorney for Defendant | Assistant U.S. Attorney |
| Gregory Simpson | |

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:     June 28, 2011     _____
                              CHIEF UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111